MARY PFEIFER, as Administratrix of the Estate of HYNEK OPITZ, Deceased, Respondent, *v.* THE SUPREME LODGE OF THE BOHEMIAN SLAVONIAN BENEVOLENT SOCIETY OF UNITED STATES, Appellant.

*Pfeifer* v. *Supreme Lodge*, 91 App. Div. 613, affirmed.
(Argued October 20, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Feb-

ruary 25, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Edward Hymes* and *Michael Schaap* for appellant.

*Paul Jones* and *Francis J. Nekarda* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.